Slip Op. 10-19
UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE and VAUGHN-BASSETT FURNITURE COMPANY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES et al.<br><br>Defendants, | Before: WALLACH, Judge<br>Court No.: 10-00031 |

## ORDER

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminay [sic] Injunction, Plaintiffs' Motion for Expedited Declaratory Judgment or, in the Alternative, Emergency Injunctive Relief, and Defendants' Motion to Dismiss; the court having reviewed all papers and pleadings on file herein, having heard oral argument by each party, and, after due deliberation, having reached a decision set forth in Slip Op. 10-18; now, in conformity with said decision, it is hereby

ORDERED that Plaintiffs' Motion for Temporary Restraining Order and Preliminay [sic] Injunction is DENIED, and it is further

ORDERED that Plaintiffs' Motion for Expedited Declaratory Judgment or, in the Alternative, Emergency Injunctive Relief is DENIED; and it is further

ORDERED, ADJUDGED, AND DECREED that pursuant to the analysis set forth in the court's decision in Slip Op. 10-18, Plaintiffs' Complaint fails, pursuant to USCIT R. 12(b)(5) to state a claim upon which relief can be granted, and that accordingly, Defendants' Motion to Dismiss be, and hereby is, GRANTED; and it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Complaint be, and hereby is, DISMISSED.

    __/s/ Evan J. Wallach____
    Evan J. Wallach, Judge

Dated: February 17, 2010
    New York, New York

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____  By: _____
                                      Deputy Clerk